for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. Thomas P. Littlepage, Mr. Sidney F. Taliaferro, Mr. C. O. Blake* and *Mr. W. R. Bleakmore* for petitioner. *Mr. W. A. Ledbetter, Mr. H. L. Stuart* and *Mr. R. R. Bell* for respondent.

No. 427. WESTERN MACHINERY COMPANY ET AL. *v.* RICHFIELD OIL COMPANY. October 9, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Nathan Newby* for petitioners. *Mr. Troy Pace* for respondent

No. 434. KING LUMBER COMPANY *v.* P. H. FAULCONER. October 9, 1922. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of Virginia denied. *Mr. George E. Walker,* for petitioner. *Mr. R. T. W. Duke, Jr., Mr. G. W. McNutt* and *Mr. H. W. Walsh* for respondent.

No. 437. PHILADELPHIA & READING RAILWAY COMPANY *v.* SAMUEL D. EISENHART. October 9, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William Clarke Mason* for petitioner. *Mr. Frank F. Davis* for respondent.

No. 438. ALBERT HIRSHHEIMER *v.* RALPH B. HARTSOUGH ET AL.; and

No. 439. BENJAMIN F. HAMEY *v.* RALPH B. HARTSOUGH ET AL. October 9, 1922. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles H. Aldrich* and *Mr. Frank M. Hoyt* for petitioners. *Mr. Amasa C. Paul, Mr. Harry L. Butler* and *Mr. Frank J. Morley* for respondents,